IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED

MAR 2 2 2013

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

| | |
|---|---|
| KANDICE R. WALES, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) No. CIV-12-36-W ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,[1] | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On March 1, 2013, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this case and recommended that the decision of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner"), denying the Application for Supplemental Security Income filed by plaintiff Kandice R. Wales be affirmed. Wales was advised of her right to file written objections to the Report and Recommendation, but no objections have been filed within the allotted time.

Upon review of the record, the Court finds no error has occurred warranting the requested reversal of the Commissioner's decision; the Court therefore concurs with Magistrate Judge Roberts' suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record,

---

[1] Effective February 14, 2013, Carolyn W. Colvin became Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1), F.R.Civ.P., Colvin is hereby SUBSTITUTED for Michael J. Astrue as defendant in this action.

and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 19] issued on March 1, 2013;

(2) AFFIRMS the Commissioner's decision to deny Wales' Application for Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 22nd day of March, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE